### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

April 17, 2013

Mr. Alton Tolson, #311-061  
14100 McMullen Highway, S.W.  
Cumberland, MD 21502

      Re:   *Tolson v. Crump, et al.*  
            Civil Action No. ELH-11-3071

Dear Mr. Tolson:

    I am in receipt of your undated letter, postmarked April 16, 2013, inquiring regarding appointment of replacement counsel following the withdrawal of Mr. Weinstein.

    In response to your inquiry, after I struck the appearance of Mr. Weinstein, on April 2, 2013, I appointed Edward F. Houff, Esq., of the law firm Evert Weathersby Houff, to represent you in this matter. I expect that Mr. Houff will be contacting you shortly to discuss your case. However, in the event that you wish to write to Mr. Houff, his address is 120 E. Baltimore Street, Suite 1300, Baltimore, Maryland 21202. The sixty-day time period in which plaintiff's counsel is to file an amended complaint will run from April 2, 2013, the date of Mr. Houff's appointment.

                              Very truly yours,

                                /s/

                              Ellen Lipton Hollander  
                              United States District Judge

cc:    All Counsel of Record (via CM/ECF)